**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-2474**

_____

JAMES FRANCIS; DONNA FRANCIS,

Plaintiffs - Appellants,

versus

HELEN M. BARNES, Chairperson, individual and official capacities; JANE D. WELLONS, individual and official capacities; BRENDA J. JENNINGS, individual and official capacities; MICHAEL H. ANDERSON, individual and official capacities; JOHN W. HANKLEY, individual and official capacities; ROBERT G. ZAVA, individual and official capacities; ALVESTER L. EDMONDS, individual and official capacities; CAROL COLLINS, Superintendent, individual and official capacities; ALL OTHER UNKNOWN PERSONS; COUNTY OF LUNENBURG, individually and severally; BEVERLY POWELL, Guardian ad litem,

Defendants - Appellees,

and

MELISSA FRANCIS, a minor interested party; JONATHAN FRANCIS, a minor interested party; CHRISTOPHER FRANCIS, a minor interested party; NIKKI FRANCIS, a minor interested party; JUSTIN FRANCIS, a minor interested party,

Parties in Interest.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-97-658-3)

Submitted: February 24,2000          Decided:  March 1, 2000

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

James Francis, Donna Francis, Appellants Pro Se.   Daniel T.
Balfour, BEALE, BALFOUR, DAVIDSON & ETHERINGTON, P.C., Richmond,
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Francis and Donna Francis appeal the district court's
order entering judgment in favor of the Defendants following a
bench trial.  We have reviewed the record and the district court's
opinion and find no reversible error.  Accordingly, we affirm on
the reasoning of the district court.  See Francis v. Barnes, No.
CA-97-658-3 (E.D. Va. Sept. 30, 1999).  We dispense with oral
argument because the facts and legal contentions are adequately
presented in the materials before the court and argument would not
aid the decisional process.

AFFIRMED